UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:12-MJ-2089-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Jamaine D. Lester** ) | |

On May 15, 2013, Jamaine D. Lester appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on August 6, 2013, the court finds as a fact that Jamaine D. Lester, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to report to the probation officer as directed by the court or probation officer.
2. Failure to perform community service.
3. Failure to obtain a substance abuse assessment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of September, 2013.

_____
William A. Webb
U.S. Magistrate Judge